IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 00-cv-00269-MSK-OES

DELORES J. GARCIA,

     Plaintiff,

v.

RAYMOND GALLARDO,

     Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

---

**THIS MATTER**, having come before the Court, the Court having reviewed the Unopposed Motion to Withdraw as Counsel (**#177**) and the file,

**FINDS THAT** good cause exists for the Motion to Withdraw and **ORDERS** that the Unopposed Motion to Withdraw as Counsel is **GRANTED**. Seth A. Rider is permitted to withdraw as counsel of record in this matter.

DATED this 26th day of August, 2005.

BY THE COURT:

Marcia S. Krieger
United States District Judge