IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-00269-MSK-MEH

DELORES J. GARCIA,

    Plaintiff,

v.

RAYMOND GALLARDO,

    Defendant.

---

**ORDER VACATING TRIAL SETTING AND
SETTING LAW AND MOTION HEARING**

---

    This matter was set for a 10-day jury trial in a second position setting to commence April 24, 2006. It is now apparent that the matter cannot be tried at the scheduled time. Therefore, the Court **vacates** the scheduled trial date of April 24, 2006. For the purpose of resetting the trial, a hearing on the law and motion calendar of Judge Marcia S. Krieger will be held on **April 6, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

    Dated this 17th day of March, 2006

                                                 **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 United States District Judge