IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 00-cv-00269-MSK-MEH

DELORES J. GARCIA, as personal representative of the estate of Gregory Rodriguez,

    Plaintiff,

v.

RAYMOND GALLARDO,

    Defendant.

## ORDER

Having considered the Plaintiff's oral motion, and there being no objection from the Defendant, it is hereby ordered that DOC Inmate Lawrence Arellano, DOC # 112868, shall be presented at trial in civilian clothing.

Dated this 15th day of August, 2006

                **BY THE COURT:**

                *[signature: Marcia S. Krieger]*

                Marcia S. Krieger
                United States District Judge